Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **CUBITAC CORP** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 5 – 2 6 1 0 5 3 7 | |
| **4. Debtor's address** | **Principal place of business** **4 Bell Road** Number    Street **Ridgefield, NJ 07657** City    State    ZIP Code **Bergen** County | **Mailing address, if different from principal place of business** _____ Number    Street _____ City    State    ZIP Code **Location of principal assets, if different from principal place of business** _____ Number    Street _____ City    State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **CUBITAC CORP** _____   Case number *(if known)* _____
         Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ❏ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ❏ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. §501)

❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❏ Chapter 7

❏ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ❏ A plan is being filed with this petition.

  ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
❏ Yes.  District _____ When _____ Case number _____
                                   MM / DD / YYYY
         District _____ When _____ Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
❏ Yes.  Debtor _____ Relationship _____
         District _____ When _____
                                                      MM / DD / YYYY
         Case number, if known _____

Official Form 201                         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                         page **2**

Debtor **CUBITAC CORP**　　　　　　　　　　　　　　　　　　　　Case number *(if known)* _____
　　　　Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　　Number　　Street<br>_____<br>City　　　　　　　　　　　　　State　ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　Contact name _____<br>　　　　Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　☐ 50-99　　☐ 1,000-5,000　☐ 5,001-10,000　　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor  **CUBITAC CORP**                                                                  Case number *(if known)*
        Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/28/2024**
            MM/ DD/ YYYY

X **/s/ JOEL WEISS**                                              **JOEL WEISS**
Signature of authorized representative of debtor                  Printed name

Title **PRESIDENT**

**18. Signature of attorney**

X **/s/ Timothy P. Neumann**                 Date **10/28/2024**
Signature of attorney for debtor                  MM/ DD/ YYYY

**Timothy P. Neumann**
Printed name

**Broege Neumann Fischer & Shaver, LLC**
Firm name

**25 Abe Voorhees Drive**
Number      Street

**Manasquan**                           **NJ**        **08736**
City                                    State        ZIP Code

**(732) 223-8484**                      **timothyneumann25@gmail.com**
Contact phone                           Email address

**005081973**                           **NJ**
Bar number                              State

# **CORPORATE RESOLUTION**

I, JOEL WEISS, am the President and Chief Executive Office ["CEO"] of CUBITAC CORP., a corporation of the State of New Jersey, hereby certify as the CEO, duly and regularly adopted the following Resolution:

**RESOLVED,** that JOEL WEISS, be and he is hereby authorized and directed on behalf of and in the name of this corporation to execute and verify a Petition for Reorganization under Chapter 11 of the Bankruptcy Code and to cause same to be filed in the United States Bankruptcy Court for the District of New Jersey, to file any Plan or Plans of Reorganization for the Debtor necessary to effectuate a Plan of Reorganization, and the retention of BROEGE, NEUMANN, FISCHER & SHAVER, LLC as attorneys for the Debtor in these proceedings is hereby ratified.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the limited liability company this 28TH day of OCTOBER 2024.

The above is a true copy of the Minutes of a Special Meeting held by the voting members of the above-named limited liability company the day and year stated above.

                                              /s/JOEL WESS
                                              JOEL WEISS

Avtech Capital
Greenbaum, Rowe Smith & Davis, LLP
99 Wood Avenue
Iselin, NJ 08830

Bob's Commercial Steet Shelving Inc.
150 Woodworth St
Brooklyn, NY 11205

Cross River Bank
2115 Linwood Avenue
Fort Lee, NJ 07024

IEC Realty LLC
Lentz & Gengaro LLP
347 Mt. Pleasant Avenue 203
West Orange, NJ 07052

Joel Weiss
4 Bell Drive
Ridgefield, NJ 07657

MDF Marketing, Inc.
66 Seven springs Mountain Rd
Monroe, NY 10950

Mintleaf Garden LLC
6 Prag #301
10950

Mitsubishi HC Capital America Inc
7201 Metro Blvd 800
Minneapolis, MN 55439

Sammy's Consulting, Inc  
1151 42nd Street  
Brooklyn, NY 11219  

Schwartz & Company  
P O Box 2304  
Monroe, NY 10949  

Stearns Bank  
P O Box 750  
Albany, MN 56307  

The Acres Trust  
6 Prag #301  
Monroe, NY 10950  

U S Bank  
Law Offices Charles A. Gruen  
381 Broadway 300  
Westwood, NJ 07675  

U S Small Business Administation  
Attention: Bankruptcy  
409 3rd St SW  
Washington, DC 20416  

UPS Capital  
The Vanell Group  
1151-42nd Street  
Brooklyn, NY 11220  

Zakim & Zakim P.C.  
190 Moore Street 306  
Hackensack, NJ 07601