UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>CUBITAC CORP,<br><br>Debtor. | Case No.: 24-20659-VFP<br>(Chapter 11) |

## OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 11 PLAN

Creditor, U.S. Bank National Association d/b/a U.S. Bank Equipment Finance (hereinafter referred to as "U.S. BANK"), by way of Objection to the Debtor's proposed Chapter 11 Plan, says:

1.      U.S. BANK and the Debtor reached a Settlement Agreement, which was fully executed and filed with this Court on May 23, 2025.  Under the Agreement, the Debtor agreed to pay U.S. BANK the sum of TWENTY-FIVE THOUSAND and 00/100 DOLLARS ($25,000.00) to resolve an outstanding debt owed by the Debtor to U.S. BANK.  The payment was to be received by August 8, 2025.  A copy of the Settlement Agreement, filed with the Court on May 23, 2025 (Document No. 107-2), is attached hereto and made part hereof as Exhibit "A."

2.      As of this date, U.S. BANK has not received any payment from the Debtor, and the Debtor has repeatedly and consistently ignored inquiries regarding same.  However, we note that the proposed Plan provides for payment of a $100,000.00 annual salary to Joel Weiss, President of the Debtor (*see* Section III(D)(3.2) of the Disclosure Statement).

3.      U.S. BANK respectfully objects to confirmation of the Debtor's proposed Chapter 11 Plan as it fails to mention the $25,000.00 payment to which U.S. BANK is entitled and which the Debtor agreed to pay.

Accordingly, U.S. BANK requests that confirmation be denied unless and until the Chapter 11 Plan is amended to include payment of the outstanding settlement amount to U.S. BANK.

LAW OFFICES OF CHARLES A. GRUEN
Attorneys for Creditor, U.S. BANK

By: _____
      CHARLES A. GRUEN (CG 5456)

Dated:  December 8, 2025